# Mattleman, Weinroth & Miller, P.C.
### ATTORNEYS-AT-LAW

401 Route 70 East, Suite 100 • Cherry Hill, New Jersey 08034
Tel: 856.429.5507 • Fax: 856.429.9036
www.mwm-law.com

Jeffrey A. Malatesta
Direct Dial: 856-298-4203
Email: jmalatesta@mwm-law.com
Member of NJ Bar

Our File #: 15914.98809

September 14, 2020

United States District Court, District of New Jersey
Attn: Honorable Douglas E. Arpert, Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re:  **Jodie Dashore v. Jean Anderson**
      **Docket Number: 3:18-cv-15554-FLW-DEA**

Dear Judge Arpert:

  Please be reminded that I represent the Plaintiff in this matter. The parties have conferred and we request that the Court mark this case as tentatively settled. The parties have not yet signed a formal settlement agreement.

Very truly yours,

*/s/ Jeffrey A. Malatesta*

Jeffrey A. Malatesta
For the Firm

JAM/aa
cc: John Coughlin, Esquire

---